THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AARON K. FRANCISCO,

        Plaintiff,

   v.

MEGAN J. BRENNAN *et al.*,

        Defendants.

CASE NO. C19-0915-JCC

ORDER

This matter comes before the Court *sua sponte*. On June 17, 2019, United States Magistrate Judge Michelle L. Peterson granted Plaintiff's motion to proceed *in forma pauperis*. (Dkt. No. 2.) Pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court reviewed Plaintiff's *in forma pauperis* complaint and concluded that it did not contain grounds showing that he is entitled to relief. (*See* Dkt. No. 8 at 2.) The Court therefore ordered that Plaintiff file an amended complaint within 21 days or else his complaint and this action would be dismissed. (*See id.*) Plaintiff did not file an amended complaint. Instead, Plaintiff appears to have emailed the original complaint to the United States Postal Service. (*See* Dkt. No. 10 at 1.) Accordingly, the Court DISMISSES Plaintiff's complaint and this action without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). The Clerk is DIRECTED to close this case.

//

//

ORDER
C19-0915-JCC
PAGE - 1

1     DATED this 18th day of October 2019.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE